IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MAURICIO DYER, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 3:10-0019 |
| | ) Chief Judge Haynes |
| NORMAL LEWIS, et al., | ) ) |
| Defendants. | ) |

## ORDER

Upon review of the file in this action, Plaintiff has not secured service of process on the Defendant and on March 22, 2010, Plaintiff received notice of the unexecuted return of summons. (Docket Entry No. 9). Plaintiff has not taken any further measures to pursue this action.

Accordingly, pursuant to Local Rule 41.01 and Fed. R. Civ. P. 41(a), this action is **DISMISSED** for Plaintiff's failure to prosecute.

It is so **ORDERED**.

**ENTERED** this the ___11th___ day of December, 2012.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court